AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

ZUFFA, LLC, dba The Ultimate Fighting Championship
UFC,

                Plaintiff,

                  v.

AARON CARR, CORY EHRGOTT, and CARRS CORNER, LLC,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-0114-LRS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to  hearing  before the Court. The issues have been heard  and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Order Granting Motion for Default Judgment entered May 21, 2012, ECF No. 16, Plaintiff is awarded judgment against the Defendants in the total amount of $3,347.75, which consists of $1,000.00 pursuant to 47 U.S.C. §605(e)(3)(C)(i)(II) and $2,347.75 for costs and attorney's fees pursuant to 47 U.S.C. §605(e)(3)(B)(iii).

| | |
|---|---|
| May 21, 2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |